UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT A. CRAMER,

       No. 06-15651

    Plaintiff,       District Judge John Corbett O'Meara

v.       Magistrate Judge R. Steven Whalen

GENERAL MOTORS CORPORATION,
et.al.

    Defendant.
_____/

**ORDER DENYING MOTION TO QUASH DEPOSITION**

For the reasons stated on the record on July 9, 2007, Plaintiff's Motion to Quash Notice of Deposition and for Protective Order [Docket #13] is DENIED. Plaintiff's deposition shall occur within 21days of the date of this Order.

SO ORDERED.

          S/R. Steven Whalen
          R. STEVEN WHALEN
          UNITED STATES MAGISTRATE JUDGE

Dated: July 9, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 9, 2007.

S/Gina Wilson
Judicial Assistant