UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT A. CRAMER,

        No. 06-15651

    Plaintiff,        District Judge John Corbett O'Meara

v.        Magistrate Judge R. Steven Whalen

GENERAL MOTORS CORPORATION,
et.al.

    Defendant.
                                      /

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

Before the Court are Plaintiff's Motion to Compel Discovery [Docket #14] and Amended Motion to Compel Discovery [Docket #15], which have been referred for hearing and determination pursuant to 28 U.S.C. §636(b)(1)(A).

The original Motion to Compel [Docket #14], having been superseded by the Amended Motion, is DISMISSED.

For the reasons and under the terms stated on the record on July 9, 2007, the Amended Motion [Docket #15] is GRANTED. The discovery requested in that Motion shall be produced within 21 days of the date of this Order.

Further, any personal information regarding other employees, contained in the personnel files or other documents, including Social Security numbers and medical or family information, shall be redacted.

All discovery produced pursuant to this Order shall be subject to a protective order precluding its use or disclosure outside the context of this litigation, and to any person not involved in the prosecution or defense of this lawsuit.

SO ORDERED.

S/R. Steven Whalen<br>R. STEVEN WHALEN<br>UNITED STATES MAGISTRATE JUDGE

Dated: July 9, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 9, 2007.

S/Gina Wilson<br>Judicial Assistant